```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JAMES PROCOPIO, | : | CIVIL ACTION |
| | : | NO. 21-03476 |
| Plaintiff, | : | |
| v. | : | |
| CROWN ATLANTIC COMPANY, LLC, | : | |
| Defendant. | : | |

### ORDER

**AND NOW,** on this **19th** day of **August, 2021,** it is hereby **ORDERED** that Plaintiff's Motion to Remand (ECF No. 4) is **GRANTED**. This case shall be remanded to the Court of Common Pleas of Philadelphia County.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**